JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 12-215-VBF (RZx)**                            Dated: **June 18, 2012**

Title:    Carlos Aguirre -v- Raymond M. Collins, et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

        Joseph Remigio                              None Present
        Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):**            **COURT ORDER**

    On May 18, 2012, the Court set an Order to Show Cause regarding Proof of Service (dkt. #7) for June 18, 2012 at 1:30 p.m. on the non-appearance calendar.  The Court ordered Plaintiff to file Proof of Service by June 15, 2012, or otherwise to file an adequate written response as to why the case should not be dismissed for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure (requiring service of a complaint within 120 days after filing).

    Plaintiff failed to file a Proof of Service by the June 15 deadline and otherwise failed to respond to the Court's Order to Show Cause.  Accordingly, the Court **DISMISSES** Plaintiff's action.

**IT IS SO ORDERED.**